# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Stephanie Bauer,

        Defendant.

Case No. 3:12-po-165

Magistrate Judge Ovington

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Driving Under the Influence in violation of the Ohio Revised Code, Section 4511.19(A)(1)(a), made in Count 3 of the Information or made in Violation Notice #3004506, is hereby AMENDED to charge Physical Control of a Vehicle While Under the Influence, in violation of the Ohio Revised Code, Section 4511.194.

IT IS SO ORDERED.

Date: 2/6/13

_____
United States Magistrate Judge

_____
Assistant United States Attorney